# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| George Victor Stokes, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:20-cv-00599-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. Marshal Service, | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 8, 2020 Order.

December 8, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court